*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-11-00146-CV

**IN RE** Maribel **OLIVAREZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  March 9, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On February 22, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007-CVO-001218-C1, styled *In the Interest of J.L.C., Jr., A Child*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Alvino Morales presiding.